**Order entered June 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01126-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**ERHARD HERMUS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14449**

## ORDER

Before the Court is appellant's June 24, 2019 motion for extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on June 24, 2019 filed as of the date of this order.

/s/     BILL WHITEHILL
         JUSTICE